# ELECTRONIC RECORD

COA #   02-12-00549-CR                    OFFENSE:   38.04

STYLE:   Marco Antonio Perez v. The State of Texas           COUNTY:   Tarrant

COA DISPOSITION:      AFFIRMED           TRIAL COURT:   Criminal District Court No. 4

DATE: 10/09/14                Publish: NO    TC CASE #:      1274561D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Marco Antonio Perez v. The State of Texas           CCA #:   1509-14

_APPELLANT'S_ Petition           CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_REFUSED_           JUDGE: _____

DATE: _JANUARY 28, 2015_           SIGNED: _____           PC: _____

JUDGE: _____           PUBLISH: _____           DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**